# DeBOTTIS & SCHAAL

Attorneys at Law
312 Broad Street, Oneida, NY 13421

Michel J. DeBottis
Randy J. Schaal

DIRECT PHONE (315) 363-6888
FAX             (315) 363-____

June 15, 2011

United States Bankruptcy Court Clerk
10 Broad Street
Room 230
Utica, NY 13502

Re: Daniel C. & Sheila R. Corr
    Bankruptcy Case No. 97-61447

Dear Sirs:

Enclosed please find Check No. 114 made payable to the United States Bankruptcy Court f/b/o Worldwide Asset Purchasing LLC in the amount of $2,052.36 representing full payment of the general unsecured claim as well as Check No. 115 made payable to the United States Bankruptcy Court f/b/o Worldwide Asset Purchasing LLC in the amount of $49.38 representing the prorated share of the general unsecured claim interest.

The original checks were sent to Worldwide Asset Purchasing LLC, c/o Forster and Garbus, 500 Bi County Blvd., Farmingdale, NY 11735 and were returned to our office marked "The above account is no longer in our office."

The checks were then re-issued to Worldwide Asset Purchasing LLC, Two Ravinia Drive, Suite 1750, Atlanta, GA 30346 and were returned to our office marked "Return to Sender, Not Deliverable as Addressed, Unable to Forward."

Sincerely,

Randy J. Schaal
Bankruptcy Trustee

RJS/kg
Enc.